KARO
or

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> Santiago VEJARAMO-Chaparro, ) <br> ) <br> ) <br> ) <br> ) <br> Defendant. ) | Magistrate Docket No.  **25MJ4337** <br><br> COMPLAINT FOR VIOLATION OF: <br> Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about August 10, 2025, within the Southern District of California, defendant Santiago VEJARAMO-Chaparro, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON AUGUST 11, 2025.

_____
HON. VALERIE E. TORRES
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Santiago VEJARAMO-Chaparro,

## PROBABLE CAUSE STATEMENT

On August 10, 2025, Border Patrol Agent B. Ditges and his canine partner were conducting assigned duties in the Chula Vista Border Patrol Station's area of responsibility.

At approximately 1:32 PM, Agent Ditges responded to an activation of a remote digital intrusion device in an area known to Border Patrol Agents as "65 Draw." Upon arriving near the last known location of the individuals, Agent Ditges deployed his canine partner who alerted and led him to an individual, later identified as the defendant Santiago VEJARAMO-Chaparro, attempting to conceal himself by lying down in brush. This area is located approximately three hundred yards west of the Otay Mesa, California Port of Entry and four and a half miles north of the United States / Mexico International Boundary. Agent Ditges identified himself as a Border Patrol Agent and conducted an immigration inspection. VEJARAMO stated that he is a citizen of Mexico without any immigration documents which would allow him to enter or remain in the United States legally. At approximately 2:07 PM, Agent Ditges placed VEJARAMO under arrest.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on June 6, 2025 through San Diego, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.